UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET A. DA'VE<br>6112 Joust Lane<br>Kingstowne, VA  22315<br><br>         Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br>600 5th St., N.W.<br>Washington, D.C.  10002<br><br>         Defendant. | Case No. _____ |

## NOTICE OF REMOVAL

Comes now the Defendant, WMATA, by and through counsel, and pursuant to 28 U.S.C. §1446, and provides notice of removal of a civil action from the Superior Court of the District of Columbia.  In support of the removal, the Defendant states as follows:

1. On or about February 22, 2007, Plaintiff filed this action in the Superior Court of the District of Columbia, titled therein as Margaret Da've v. Washington Metropolitan Area Transit Authority, 2007 CA 001444 B.

2. Defendant Washington Metropolitan Area Transit Authority (WMATA) was formally served with process in this action on March 1, 2007.

3. The Summons, Complaint and Initial Order of the Superior Court accompany this Notice of Removal.  These documents constitute the only process, pleadings or orders received by the Defendant in the action.

4. This is a civil action over which this Court has original jurisdiction,

pursuant to D.C. Code Ann., § 9-1107.01(81) (2001). The court also has jurisdiction pursuant to 28 U.S.C. § 1332 (a), as the Plaintiff is a resident of Louisiana.

Wherefore, the Defendant, WMATA, requests that the entire action now pending in the Superior Court of the District of Columbia be removed to this Court.

                        Respectfully Submitted,

                        Jeffrey C. Seaman, 466509
                        Assistant General Counsel
                        WMATA
                        600 5th St., N.W.
                        Washington, D.C. 20001
                        (202) 962-1856

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Notice of Removal was served via regular U.S. Mail this 23rd day of March 2007, to:

Stephen A Bou
1717 K St., N.W.
Suite 407
Washington, D.C. 20036

                        Jeffrey C. Seaman

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001   Telephone: 879-1133

| MARGARET A. DAVE | |
|---|---|
| *Plaintiff* | |
| VS. | Civil Action No. 0001444-07 |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | |
| *Defendant* | |

*Handwritten notations: 3/1/05 @ 3:40 PM THP; AS 3/6/07 2:43 PM; 3/21/07; 3071*

## SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear **below.** If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue. N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

| STEPHEN A. BOU |
|---|
| Name of Plaintiff's Attorney |
| 1717 K Street, N.W., Suite 407 |
| Address |
| Washington, DC 20036 |
| (202) 223-1934 |
| Telephone |

By _____ Deputy Clerk

Date February 21, 2007

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

Form CV(6)-454/Mar. 98   **NOTE:** SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

MARGARET A. DA'VE

Vs.   C.A. No.   2007 CA 001444 B

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY

## **INITIAL ORDER**

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge MARY A TERRELL
Date: February 22, 2007
Initial Conference: 9:15 am, Friday, May 25, 2007
Location: Courtroom 219
500 Indiana Avenue N.W.
WASHINGTON, DC 20001

Caio.doc

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, DO NOT *FAIL TO ANSWER WITHIN THE REQUIRED TIME*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning where you may ask for such help.

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

MARGARET A. DA'VE              *
6112 Joust Lane                *
Kingstowne, VA 22315           *
                               *
    Plaintiff,                 *
                               *
    vs.                        *        Civil Action No. 0001444-07
                               *
WASHINGTON METROPOLITAN        *
AREA TRANSIT AUTHORITY,        *
Serve:                         *
Carol O'Keeffe                 *
General Counsel                *
600 Fifth Street, NW           *
Washington, D.C. 20001         *
                               *
    Defendant.                 *

RECEIVED
Civil Clerk's Office
FEB 2 2 2007
Superior Court of the
District of Columbia
Washington, D.C.

## COMPLAINT

COMES NOW the Plaintiff, MARGARET A. DA'VE, by and through counsel, Edward C. Bou, Esquire, Stephen A. Bou, Esquire, and Lawrence K. Bou, Esquire and the Law Offices of Bou & Bou, and brings this action against Defendant, WASHINGTON METROPOLITAN TRANSIT AUTHORITY ("WMATA"), and for her Complaint, states:

1.  That this Court has jurisdiction in this matter hereof by virtue of D.C. Code §11-921, et seq., as amended.

2. That on or about November 3, 2004, at approximately 1:00 pm, at the Woodley Park/Adams Morgan Metro Station, Plaintiff MARGARET A. DA'VE was a seated passenger on a stationary red line subway train owned and operated by the Defendant, WMATA, at which time and place another subway train, owned by WMATA and negligently operated by its agent, servant and/or employee while traveling along the same track, did violently strike the stationary subway train in which Plaintiff MARGARET A.

1

DA'VE was a passenger causing Plaintiff to sustain personal injuries and related damages hereinafter set forth.

3. That as a direct and proximate result of the aforesaid negligence of the Defendant, WMATA, Plaintiff MARGARET A. DA'VE sustained serious personal injuries and related damages, including, but not limited to, medical bills, lost wages, and pain and suffering.

WHEREFORE, the premises considered, Plaintiff, MARGARET A. DA'VE, brings this action and demands judgment against Defendant, WMATA, in the sum of Five Hundred Thousand Dollars ($500,000.00), plus the costs of this action.

Respectfully submitted,

BOU & BOU

By: Stephen A. Bou, Esquire
DC Bar No. 405042
1717 K Street, N.W.
Suite 407
Washington, D.C. 20036
(202) 223-1934

*Counsel for Plaintiff*

PLAINTIFF DEMANDS A TRIAL BY JURY OF ALL ISSUES HEREIN.

Stephen A. Bou

2