UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET A. DA'VE<br>6112 Joust Lane<br>Kingstowne, VA 22315<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br>600 5th St., N.W.<br>Washington, D.C. 10002<br><br>    Defendant. | Case No. _____ |

**ANSWER**

Comes now the Defendant, Washington Metropolitan Area Transit Authority (hereinafter "WMATA"), by and through counsel, and for its Answer to the Complaint, states as follows:

FIRST DEFENSE

The Complaint fails to state a cause of action upon which relief may be granted.

SECOND DEFENSE

1.  The Defendant admits that this Court has jurisdiction over the matter pursuant to D.C. Code Ann., § 9-1107.01(81) (2001).

2.  The Defendant admits that, on November 3, 2004, a Metro train collided with one another on the same track inside the Woodley Park / Adams Morgan Metro station; the remaining allegations of paragraph 2

of the Complaint are denied.

3.  The allegations of paragraph 3 are denied.

### THIRD DEFENSE

Some or all of Plaintiff's claims may be barred by Defendant's governmental immunity under the WMATA Compact, D.C. Code Ann. §9-1107.01 (80) (2001).

### FOURTH DEFENSE

The Defendant reserves the right to defend on the basis that the Plaintiff has failed to mitigate her damages.

The Defendant intends to right to rely upon any and all defenses available from the evidence presented at the trial of this action, including but not limited to failure to mitigate damages, and reserves the right to assert such defenses at that time.

Further answering the Complaint, Defendant denies all allegations of improper conduct, and further denies all allegations not specifically admitted or otherwise answered.

WHEREFORE, WMATA, having fully answered the Complaint, prays that the same be dismissed with costs assessed against the Plaintiff.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
 TRANSIT AUTHORITY

Carol O'Keeffe, #445277
General Counsel

_____
Mark F. Sullivan, #430876
Deputy General Counsel

_____
Jeffrey C. Seaman, #466509
Assistant General Counsel
WMATA - COUN
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-1856

### JURY DEMAND

The Defendant demands a trial by jury.

_____
Jeffrey C. Seaman

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Answer to the Complaint was mailed, this 23rd day of March 2007 to:

Stephen A Bou
1717 K St., N.W.
Suite 407
Washington, D.C. 20036

_____
Jeffrey C. Seaman