UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET A. DA'VE<br><br>         Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br><br>         Defendant. | Civil Action 07–582 (ESH) |

**REPORT OF THE PARTIES PURSUANT TO LOCAL RULE 16.3**

Come now the parties, by and through their counsel, and pursuant to Local Civil Rule 16.3, submit the following report of their positions regarding the matters to be addressed under Rule 16.3( c).

1. The parties do not believe that this matter is likely to be disposed of by motion.

2. The primary issue in the case is causation, nature and extent of damages suffered by the Plaintiff.

3. The parties do not wish to assign the case to a magistrate judge for all purposes. However, the parties do not object to referral of the matter to a magistrate judge for mediation at the appropriate time.

4. The parties believe that there is a realistic possibility of settling the case.

5. The parties do believe that ADR may be beneficial; however, the Defendant does not believe that ADR will be of use until after discovery is completed.

6. This is not a case in which motions for summary judgment or motions to dismiss are anticipated.

7. The parties do stipulate to dispense with the initial disclosures required by Fed. R. Civ. P. 26(a)(1). However, the parties are not prevented from inquiring about such information via interrogatories and / or requests for production of documents.

8. The parties agree that 120 days is a sufficient period for discovery. The standard limitations on discovery set forth in the Civil Rules are appropriate in this case.

9. The parties agree that there is no need to modify the requirements regarding exchanges of expert witness reports and information of Fed. R. Civ. P. 26(a)(2).

10. Not applicable (class actions)

11. Trial should not be bifurcated.

12. The parties submit that the pretrial should be set within in 90 days of the conclusion of discovery.

13. The parties submit that the Court should not set a firm trial date until the pretrial of the case.


Respectfully Submitted,


| /s/ | /s/ |
|---|---|
| Stephen A. Bou, # 405042 | Jeffrey C. Seaman, #466509 |
| Bou & Bou | 600 5th St., N.W. |
| 1717 K St., N.W. | Washington, D.C. 20001 |
| Suite 407 | (202) 962-1856 |
| Washington, D.C. 20036 | Counsel for Defendant |
| (202) 223-1934 | |
| Counsel for Plaintiff | |