UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 23 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Margaret A. Da've )
　　　Plaintiff(s) )
　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　 )   Civil Action No. 07-582
　　　　　　　　　　　　　　)
W.M.A.T.A　　　　　　　　)
　　　Defendant(s)　　　　)

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____　　　　　4/23/07
Attorney for the Plaintiff(s)　　　　　　　　　　Date

_____　　　　　4/23/07
Attorney for the Defendant(s)　　　　　　　　　Date

NOTICE:　The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

→ KAY ←

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c)(3) and the foregoing consent of the parties.

Ellen S Huvelle　　　　　　　　　　　　4/23/07
United States District Judge　　　　　　　　Date

NOTE:　RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95