UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET A. DA'VE, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 07-00582 (ESH) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | * |
| Defendant. | * |

**PRAECIPE TO ENTER APPEARANCE**

To: Clerk of the United States District Court for the District of Columbia.

You are requested to enter my appearance as counsel for the Plaintiff, MARGARET A. DA'VE, in the above-entitled action.

Dated: May 8, 2007

Respectfully submitted,

BOU & BOU
Law Offices

_____
By: Stephen A. Bou, Esquire
Attorney ID 6737
1717 K Street, N.W.
Suite 407
Washington, D.C. 20036
(202) 223-1934
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on May 8, 2007, I served the foregoing document by mailing a copy first class in a postage pre-paid envelope to:

Jeffrey C. Seaman  
Asst. General Counsel  
WMATA  
600 5th St., N.W.  
Washington, D.C. 20001  
*Counsel for Defendant*

                                                         _____  
                                                         Stephen A. Bou, Esquire