UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET A. DA'VE<br><br>　　　　Plaintiff,<br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br><br>　　　　Defendant. | Civil Action 07–582 (AK) |

**CONSENT MOTION TO EXTEND EXPERT IDENTIFICATION DEADLINE**

　　　　Comes now the Defendant, with the consent of the Plaintiff, and moves this Honorable Court for an Order extending the deadline for identification of experts for a period of 45 days.

　　　　This is a negligence case in which the Plaintiff claims physical injuries. Medical records obtained thus far by the Defendant indicate that the Plaintiff had some preexisting conditions and injuries to the same parts of her body that she claims were injured in the incident that gave rise to this action. Thus, in order for a medical expert to perform a thorough analysis of the extent, nature and causal relationship between the accident and her claimed injuries, the Defendant will have to obtain the Plaintiff's prior medical records.

　　　　The Defendant received answers to its discovery and signed medical authorizations on August 1, 2007. The Defendant will issue requests for Plaintiff's medical records to the appropriate doctors and hospitals

immediately. However, production of such records typically takes between 14 and 30 days. Thus, the Defendant requests 30 days plus an additional 15 days to permit the expert to review the medical records prior to issuing the opinion required by Fed R. Civ. P. 26(a)(2).

By Order of July 10, 2007, the Court extended the deadline for discovery to October 2, 2007 for the reasons set forth above. However, the expert identification deadline was not similarly extended. The Defendant submits this Motion to remedy that situation.

This Motion is not made for purposes of unnecessary delay.

        Respectfully Submitted,

        /s/
Jeffrey C. Seaman, #466509
600 5th St., N.W.
Washington, D.C. 20001
(202) 962-1856
Counsel for Defendant

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARGARET A. DA'VE<br><br>    Plaintiff,<br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br><br>    Defendant. | Civil Action 07–582 (AK) |

**ORDER EXTENDING DEADLINE FOR IDENTIFICATION OF EXPERTS**

Upon consent motion filed by WMATA, the Court being duly advised,

IT IS ORDERED that the deadline for identification of experts is extended to September 17, 2007.

_____
Alan Kay, Magistrate Judge