**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MARGARET A. DA'VE

        Plaintiff,

v.

WASHINGTON METROPOLITAN        Civil Action 07–582 (AK)
AREA TRANSIT AUTHORITY

        Defendant.

---

**CONSENT MOTION TO EXTEND EXPERT IDENTIFICATION DEADLINE**

Comes now the Defendant, with the consent of the Plaintiff, and moves this Honorable Court for an Order extending the deadline for identification of experts for a period of an additional 30 days.

This is a negligence case in which the Plaintiff claims physical injuries. Medical records obtained thus far by the Defendant indicate that the Plaintiff had some preexisting conditions and injuries to the same parts of her body that she claims were injured in the incident that gave rise to this action. Thus, in order for a medical expert to perform a thorough analysis of the extent, nature and causal relationship between the accident and her claimed injuries, the expert will have to not only examine the Plaintiff; he will also have to review her medical records and radiological films created prior to her accident-related injury.

The Plaintiff provided medical authorizations on or about August 1, 2007. The Defendant immediately issued notices of deposition <u>duces</u> <u>tecum</u>

with subpoenas and the authorizations to 7 medical providers, including the

National Naval Medical Hospital.  The Plaintiff claims various orthopedic

injuries.  Thus, in order for a medical expert to issue an opinion in this case,

it is important that he review prior radiological studies, of which there are

many.  Unfortunately, although 5 of the 7  medical care providers have

provided records, none have provided radiological films.  The Defendant has

specifically requested that films be produced, and is attempting to obtain

these films specially.

    In order to obtain the films and permit a meaningful expert analysis,

the Defendant requests an additional 30 days within which to submit its

26(a)(2) report.

    This Motion is not made for purposes of unnecessary delay.

                    Respectfully Submitted,


                    ___/s/_____
                    Jeffrey C. Seaman, #466509
                    600 5th St., N.W.
                    Washington, D.C.  20001
                    (202) 962-1856
                    Counsel for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MARGARET A. DA'VE

        Plaintiff,

v.

WASHINGTON METROPOLITAN        Civil Action 07–582 (AK)
AREA TRANSIT AUTHORITY

        Defendant.

**ORDER EXTENDING DEADLINE FOR IDENTIFICATION OF EXPERTS**

Upon consent motion filed by WMATA, the Court being duly advised,

IT IS ORDERED that the deadline for identification of experts is

extended to October 16, 2007.

_____
Alan Kay, Magistrate Judge