UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARGARET A. DA'VE,**<br>    Plaintiff,<br><br>    v.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,**<br>    Defendant. | Civil Action No. 07-582 (AK) |

## MEMORANDUM ORDER

The parties in the above-captioned civil action have consented to the referral of this case for alternative dispute resolution.

It is this 5th day of October, 2007 hereby

**ORDERED**:

1. This case is referred for mediation.

2. The parties shall attend the meeting with the mediator.

3. If the case settles in whole or in part, the parties shall advise the court of the settlement by an appropriate filing.

4. The mediation efforts should be concluded by November 20, 2007, at which time the parties are to notify Judge Kay's chambers and, if necessary, schedule a status conference before Judge Kay

The clerk of the court is directed to furnish a copy of this order, together with a copy of the court docket sheet, to the circuit executive for the purpose of assigning a mediator.

                                              /s/
                                            Alan Kay
                                            United States Magistrate Judge