UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET A. DA'VE | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:07-cv-00582-AK |
| | : |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | : |
| | : |
| Defendant. | : |

### PRAECIPE OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE
Pursuant to FRCP 41(a)

**TO THE CLERK:**

You will please enter this matter as "SETTLED" and "DISMISSED WITH PREJUDICE" as to all claims. Each party shall be responsible for the payment of her and/or its own costs of these proceedings.

Date: December 5, 2007

| **BOU & BOU** | **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY** |
|---|---|
| /s/ | /s/ |
| Stephen A. Bou | Nicholas S. Nunzio, Jr. |
| D.C. Bar No. 405042 | D.C. Bar No. 362578 |
| Attorney for the Plaintiff | Assistant General Counsel-WMATA |
| 1001 Connecticut Avenue, N.W. | 600 Fifth Street. N.W. |
| Suite 204 | Room 2B-06 |
| Washington, D.C. 20036 | Washington, D.C. 20001 |
| Telephone: (202) 223-1934 | Telephone: (202) 962-1028 |
| Facsimile: (202) 223-0086 | Facsimile: (202) 962-2550 |
| E-mail: stephen@bouandbou.com | E-mail: nnunzio@wmata.com |